

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Homer Garrison, Jr., Director
Department of Public Safety
Camp Mabry
Austin, Texas

Attention:  Mr. J. B. Draper

Dear Sir:

Opinion No. 0-4031
Re:  Issuance of driver's license to
a minor under 16 years of age.

We have received your letter of September 23, 1941,
which we quote in part as follows:

"We shall greatly appreciate it if you will
please give us your opinion on the following ques-
tion:

"When a county judge gives authorization for
issuance of license to a minor under 16 years of
age and over 14 years of age, and does not show
the necessity, but the license will be used to
drive an automobile for pleasure, etc., do we have
the authority to refuse issuance of license?"

Subsection 1, Section 4, House Bill No. 20, Acts
Forty-seventh Legislature, Regular Session, is quoted as follows:

"The Department shall not issue any license
hereunder:
"1.  To any person, as an operator, who, is
under the age of sixteen (16) years, except that
the county judge of the county wherein such person
resides may, after investigation, authorize the
Department, in writing, to issue a license to any
such person, when, in his opinion, the person so
applying is qualified and conditions exist which
make it necessary for such person to be licensed
as an operator; provided, however, that in no event
shall an operator's license of any class be issued
to any person less than fourteen (14) years of age;"
(Emphasis supplied)

153

        Thus, we see that under above quoted provisions the
county judge may after investigation authorize the Department
of Public Safety to issue a license to a person under 16 but
over 14 years of age "when, in his (the county judge's) opin-
ion, the person applying is qualified and conditions exist
which make it necessary for such person to be licensed as an
operator." (Parenthetical insertion ours)  The determination
of the existence of conditions making necessary the issuance
of the license is a matter solely for the county judge.  A
written authorization from the county judge is required, but
the statute does not require that the authorization show the
necessity.  After a written authorization is received by the
Department of Public Safety, it then becomes the duty of that
department to issue a license to the applicant.

        The determination by the county judge, after investi-
gation, that there is a necessity requiring the issuance of a
license is in the nature of a court order which, in our opinion,
is binding upon the Department of Public Safety.  See Opinion
No. 0-1079.

        You are respectfully advised that necessity does not
have to be shown by the county judge in his written authoriza-
tion to the Department of Public Safety to issue an operator's
license to a person under 16 but not less than 14 years of age,
and the Department of Public Safety may not refuse to issue a
license because of the fact that such necessity is not shown.

        However, we do not believe that it was the legislative
intent to place persons under 16 but not less than 14 years of
age, and to whom the county judge authorized the Department of
Public Safety to issue a license, in a more desirable class than
that occupied by other applicants; but on the other hand we feel
that it was intended that such persons be placed in the same
category as any other applicant.  Therefore, the Department of
Public Safety may refuse to issue a license to such person if he
comes within any of the provisions which disqualify him.  See
Section 4 of House Bill No. 20.

                                        Yours very truly

                                ATTORNEY GENERAL OF TEXAS

APPROVED OCT 2 1941

FIRST ASSISTANT
ATTORNEY GENERAL

                                By  Glenn R. Lewis
                                        Glenn R. Lewis
                                        Assistant

                                By  George W. Sparks
                                        George W. Sparks

APPROVED
OPINION
COMMITTEE
BY BWB
CHAIRMAN

GWSPej